GREGORY ZRAKE, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION, Respondent.

Submitted November 13, 2007; decided December 18, 2007

Reported below, 41 AD3d 118, 2007 NY Slip Op 78817(U).

1002

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion for leave to reargue and renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.